IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McKINLEY TULLIS,           )<br>                                 )<br>     Plaintiff,                 )<br>                                 )<br>     v.                          )<br>                                 )<br>SGT. GERALD TIPPINS,             )<br>                                 )<br>     Defendant.                  ) | CIVIL ACTION NO.<br>  2:15cv93-MHT<br>       (WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that the defendant correctional officer verbally threatened her with bodily harm and denied her due process when he placed her in disciplinary segregation.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.   There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of June, 2015.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**